CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HENRY PEREZ, | : | Civil No. 10-0198 (RBK) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| DONNA ZICKEFOOSE, et al., | : | |
| Respondents. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  28th  day of  October , 2010,

ORDERED that the Petition for Writ of Habeas Corpus (Docket Entry #1) is DISMISSED AS MOOT; and it is further

ORDERED that Petitioner's motion for summary judgment (Docket Entry #7) is DENIED AS MOOT; and it is finally

ORDERED the Clerk shall serve this Order and the accompanying Opinion on the parties, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**